JULY 7, 1976

PEOPLE v JAMES JOHNSON. (Docket No. 57041.) Motion for reconsideration of this Court's order of March 17, 1976 (396 Mich 839) denied

because it does not appear that said order was entered erroneously. State Appellate Defender for defendant-appellant. Case below, Court of Appeals No. 19327.